**Order entered October 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00688-CR

**RONAL ORDONEZ-OROSCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81465-2014**

## ORDER

The Court **REINSTATES** the appeal.

On October 2, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing the brief is that she had not obtained the clerk's record when she had to leave town to assist with family medical issues; and (4) counsel requested until November 11, 2015 to file appellant's brief.

We **ORDER** appellant to file his brief by **FRIDAY, NOVEMBER 13, 2015**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/      ADA BROWN
         JUSTICE